# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| SHIRLEY GARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-0386-CV-W-DW |
| | ) | |
| CONAGRA FROZEN FOODS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 91). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date: March 16, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court